UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAIDU SOW,

        Petitioner,    :    Case No. 2:20-cv-2140

  -vs-    Judge Sarah D. Morrison
    Magistrate Judge Kimberly A. Jolson

REBECCA ADDUCCI,

    :

        Respondent.

**ORDER**

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on June 4, 2020. (ECF No. 8). In that filing, the Magistrate Judge recommended that the Court grant Respondent's Motion to Dismiss or alternatively, Motion for Summary Judgment (ECF No. 3). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 8), **GRANTS** Respondent's Motion (ECF No. 3), and **DISMISSES** the Petition for Writ of Habeas Corpus (ECF No. 1).

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court **DECLINES** to issue a certificate of appealability.

The Clerk is **DIRECTED** to **TERMINATE** this action from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED.**

        /s/ Sarah D. Morrison
        SARAH D. MORRISON
        UNITED STATES DISTRICT JUDGE